HYGALL CLOTHING Co., on Behalf of Itself and All Other Creditors of HARRY KATZ'S CLOTHES, INC., Similarly Situated, v. HARRY KATZ'S CLOTHES, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals

denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.